## COMMISSIONER OF HEALTH SERVICES *v.* YOUTH CHALLENGE OF GREATER HARTFORD, INC., ET AL.
### (7661)

DALY, FOTI and LAVERY, Js.

Argued November 3—decision released November 14, 1989

*James W. Sherman,* for the appellants (defendants).

*Maite Barainca,* assistant attorney general, with whom, on the brief, were *Clarine Nardi Riddle,* attorney general, and *Robert E. Walsh* and *Richard J. Lynch,* assistant attorneys general, for the appellee (plaintiff).

PER CURIAM. There is no error.